# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        **Plaintiff/Respondent,**

v.                            **No. CV 15-0298 RB/LAM**
                                        **CR 09-2968 RB**

NATHAN ARCHULETA,

        **Defendant/Movant.**

## <u>ORDER SETTING EVIDENTIARY HEARING</u>

      **IT IS HEREBY ORDERED** that the above matter is set for an evidentiary hearing on **Wednesday, November 16, 2016 at 2:00 p.m. at the United States Courthouse, 100 N. Church, Las Cruces, New Mexico - courtroom to be set at a later date**.   The parties shall notify the Court as soon as possible, and **no later than November 1, 2016**, if they anticipate having any witnesses testify via videoconference.

      **IT IS FURTHER ORDERED** that the Government shall submit to the United States Marshal the appropriate form(s) to assure Defendant/Movant's appearance at the evidentiary hearing.

      **IT IS FURTHER ORDERED** that, no later than **Tuesday, November 1, 2016**, counsel shall file their witness lists, exhibit lists, and proposed findings of fact and conclusions of law, including a brief outlining the remedies available in the event the § 2255 motion is granted.   At the close of the hearing, counsel may request to supplement their findings of fact and conclusions

of law in light of the testimony given at the hearing.   Counsel shall be prepared to present closing argument at the completion of evidence.

      **IT IS SO ORDERED**.

                             **LOURDES A. MARTÍNEZ**
                             **UNITED STATES MAGISTRATE JUDGE**