IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

v.                                      No. CV 15-0298 RB/LAM
                                            CR 09-2968 RB

**NATHAN ARCHULETA,**

      **Defendant/Movant.**

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*.  This case is set for an evidentiary hearing on Wednesday, November 16, 2016 at 2:00 p.m.  On September 7, 2016, the Court ordered that, no later than Tuesday, November 1, 2016, "counsel shall file their witness lists, exhibit lists, and proposed findings of fact and conclusions of law, including a brief outlining the remedies available in the event the § 2255 motion is granted."  [*Doc. 41*].  On November 1, 2016, the Government filed their exhibit and witness lists, and proposed findings of fact and conclusions of law, which includes briefing on available remedies [*Docs. 44, 45,* and *46*], but Defendant/Movant has failed to do so and has not contacted the Court to request an extension of time.

**IT IS THEREFORE ORDERED** that, **no later than 5:00 p.m. today (November 2, 2016)**, Defendant shall file his witness list, exhibit list, and proposed findings of fact and conclusions of law, including a brief outlining the remedies available in the event the § 2255 motion is granted.  If Defendant fails to do so, the Court will vacate the

November 16, 2016 evidentiary hearing and reset it when Defendant files his witness list, exhibit list, and proposed findings of fact and conclusions of law.

    **IT IS SO ORDERED**.

                                                                  _____
                                                                   **LOURDES A. MARTÍNEZ**
                                                                   **UNITED STATES MAGISTRATE JUDGE**